**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MARKUS HUNTER**,

**Plaintiff,**

**v.**

**C.O. DUTTON, et al.,**

**Defendants.**                                        **No. 06-0444-DRH**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. Today, Defendants filed an amended motion for summary judgment (Doc. 39). Thus, the Court **DENIES as moot** Defendants' April 23, 2008 motion for summary judgment (Doc. 31).

**IT IS SO ORDERED.**

Signed this 28th day of May, 2008.


/s/      David R Herndon

**Chief Judge**
**United States District Court**