IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARKUS HUNTER**,

**Plaintiffs,**

**v.**

**C.O. DUTTON,**
**et al.,**

**Defendants.**                                               No. 06-0444-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Hunter's motion for leave to depose persons confined in prison (Doc. 65). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Hunter leave to depose Alejandro Villazara, Samuel Santiago and Sergio Vera.

**IT IS SO ORDERED.**

Signed this 11th day of June, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**