IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARKUS HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-00444-DGW |
| | ) |
| C/O DUTTON, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Take notice that the above-entitled cause is set for a **FINAL PRETRIAL CONFERENCE** on **November 30, 2010 at 10:00 a.m.** before the Honorable Donald G. Wilkerson at the United States District Courthouse, 750 Missouri Avenue, East St. Louis, Illinois.  Appearance of counsel of record is **mandatory** unless excused by the Court.

**IT IS SO ORDERED.**

**DATED:  October 6, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**